Under Rule 5, Ala. R.App. P., an appeal by permission may be allowed where an "interlocutory order involves a controlling
question of law as to which there is substantial ground for difference of opinion." (Emphasis added.) Here, although the interlocutory order involves a question of law, it certainly does not involve a "controlling" question of law. Therefore, I must respectfully dissent, because I would dismiss this appeal without prejudice.
In certifying its order for permissive appeal, the trial court clearly expressed its hope that an immediate appeal would facilitate "further attempts to reach final resolutions or settlements in these matters," and even went so far as to state "that pretrial resolution is probable if [the legal] issue is . . . decided by [this Court]." While the trial court's interest in settlement is understandable, and while pretrial settlements are to be encouraged, those factors do not make the issue presented "controlling," for purposes of Rule 5.